**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SUMAYA HUSSEIN, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No.: 1:23-cv-4258 |
| v. | ) ) ) | The Honorable Harry D. Leinenweber |
| OPC KICKS, LLC, | ) ) | Magistrate Judge Jeffrey Cole. |
| Defendant. | ) | |

**NOTICE OF SETTLEMENT**

Plaintiff Sumaya Hussein and Defendant OPC Kicks, LLC, hereby notify this Honorable Court that they have reached an agreement to settle this matter. The parties respectfully request that all pending deadlines by either held in abeyance or stricken, and that the parties be provided 30 days within which to finalize their settlement agreement and file the appropriate stipulation of dismissal with prejudice.

Dated: October 10, 2023

Respectfully submitted,

By: */s/ Paul Gamboa*
Paul Gamboa, ARDC #6282923
GORDON & REES LLP
One North Franklin; Suite 800
Chicago, Illinois 60606
Tel: (312) 619-4937
Fax: (312) 565-6511
*Attorney for OPC Kicks, LLC*

Respectfully submitted,

By: */s/ Yaakov Saks*
Yaakov Saks, Esq.
ysaks@steinsakslegal.com
One University Plaza, Suite 620
Hackensack, NJ 07601
Tel: (201) 282-6500 ext. 1
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

                    Respectfully submitted,

By: */s/ Paul Gamboa*
     Paul Gamboa, ARDC #6282923
     GORDON & REES LLP
     One North Franklin; Suite 800
     Chicago, Illinois 60606
     Tel: (312) 619-4937
     Fax: (312) 565-6511