**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Sumaya Hussein

                    Plaintiff,

v.                                                 Case No.: 1:23−cv−04258

                                                          Honorable Jeffrey I Cummings

OPC Kicks, LLC

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, November 2, 2023:

      MINUTE entry before the Honorable Jeffrey I Cummings: The parties have filed a joint stipulation of dismissal, which is self−effectuating under Rule 41(a)(1)(A)(ii). Civil case terminated. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.